UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK SARACINO, Derivatively on behalf of BLUCORA, INC.,<br><br>         Plaintiff,<br>v.<br><br>WILLIAM J. RUCKELSHAUS, ERIC M. EMANS, ANDREW M. SNYDER, JOHN E. CUNNINGHAM, IV, ELIZABETH J. HUEBNER, STEVEN W. HOOPER, LANCE G. DUNN, DAVID H. S. CHUNG, and JULES HAIMOVITZ,<br><br>         Defendants,<br><br>   -and-<br><br>BLUCORA, INC., a Delaware corporation,<br><br>         Nominal Defendant. | Case No.: 2:14-cv-00882-JCC<br><br>JOINT STIPULATION VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE |

JOINT STIPULATION VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE

STRITMATTER KESSLER WHELAN
200 Second Avenue West
Seattle, WA 98119
Telephone: (206) 448-1777

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, plaintiff Mark Saracino ("Plaintiff") and defendants William J. Ruckelshaus, Eric M. Emans, Andrew M. Snyder, John E. Cunningham, IV, Elizabeth J. Huebner, Steven W. Hooper, Lance G. Dunn, David H. S. Chung, Jules Haimovitz, and nominal defendant Blucora, Inc. ("Blucora") (collectively, "Defendants"), by and through their counsel, hereby stipulate to the voluntary dismissal of the above-captioned consolidated action without prejudice and request that the Court enter an order to that effect. The parties state as follows:

WHEREAS, on June 16, 2014, Plaintiff filed his Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment; and

WHEREAS Plaintiff seeks to voluntarily dismiss the above-captioned action without prejudice; and

WHEREAS the parties agree that the dismissal of this action is not and shall not be deemed to be an adjudication on the merits; and

WHEREAS the parties respectfully submit that notice is unnecessary to protect the interests of Blucora and its shareholders because: (i) the stipulated dismissal is without prejudice; (ii) there has been no settlement or compromise; (iii) there has been no collusion among the parties; and (iv) neither Plaintiff nor his counsel have received or will receive any consideration from Defendants for the dismissal.

**RELIEF REQUESTED**

NOW THEREFORE, the parties STIPULATE and AGREE to the voluntary dismissal of this action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1. The action is dismissed without prejudice; and

2. For the reasons stated above, notice of said dismissal is not required.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: July 11, 2014 |

STRITMATTER KESSLER WHELAN

s/ Brad J. Moore
---
BRAD J. MOORE, WSBA #21802

200 Second Avenue West
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
brad@stritmatter.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
GINA STASSI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
gstassi@robbinsarroyo.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

*Attorneys for Plaintiff*

Dated: July 9, 2014

WILSON SONSINI GOODRICH & ROSATI
PC

GREGORY L. WATTS
---
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
bkaplan@wsgr.com

*Attorney for Defendants*

---

JOINT STIPULATION VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE

- 2 -

STRITMATTER KESSLER WHELAN
200 Second Avenue West
Seattle, WA 98119
Telephone: (206) 448-1777

\* \* \*

ORDER

Pursuant to the parties' Joint Stipulation Voluntarily Dismissing Action Without Prejudice, the Court hereby Orders that:

1. The above-captioned action is dismissed without prejudice; and
2. For the reasons states in the Joint Stipulation, notice of dismissal is not required.

IT IS SO ORDERED.

_____          _____
DATED                                                                    HONORABLE JOHN C. COUGHENOUR
                                                                                        UNITED STATES DISTRICT JUDGE

967519_2