THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK SARACINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM J. RUCKELSHAUS, et al.,<br><br>　　　　　Defendants. | CASE NO. C14-0882-JCC<br><br>ORDER DISMISSING CASE |

　　　　Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 7) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED without prejudice and without an award of costs or attorneys' fees to either party. For the reasons stated in the joint stipulation, notice of dismissal is not required. The Clerk is respectfully directed to CLOSE this case.

　　　　DATED this 18th day of July 2014.

*/s/ John C. Coughenour*

ORDER DISMISSING CASE
PAGE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2